UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SAUNDERS,<br><br>                  Plaintiff,<br><br>v.<br><br>INHALE CANNABIS CO INC.,<br><br>                  Defendant. | 24-CV-5766 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On July 30, 2024, Plaintiff filed his Complaint in the above-captioned matter. ECF No. 1. On July 31, 2024, an electronic summons was issued as to Defendant Inhale Cannabis Co Inc. ECF No. 4. So far as the docket reflects, as of the date of this Order, Plaintiff has not served the summons and Complaint on Defendant.

Accordingly, it is hereby ORDERED that Plaintiff shall show cause, by submitting a letter to the Court by no later than December 2, 2024, as to why Plaintiff has failed to serve the summons and Complaint within the 90 days prescribed by Fed. R. Civ. P. 4(m), or, if Plaintiff believes that Defendant has been served, provide proof of such service and explain when and in what manner service was made.

If Plaintiff fails to timely show good cause for why this action should not be dismissed, the Court will dismiss Plaintiff's claims against Defendant under Rule 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated: November 18, 2024
New York, New York

                                                  DALE E. HO
                                                  United States District Judge