UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br> -against-<br><br>INHALE CANNABIS CO. INC.,<br><br>    Defendant. | 24-CV-05766 (DEH) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  Plaintiff timely served Defendant INHALE CANNABIS CO. INC ("Defendant") with the summons and complaint in this matter on November 19, 2024. (*See* ECF 9.) Defendant was therefore required to respond to the Complaint by December 10, 2024. (*See id*.) To date, Defendant has not responded to the complaint.

  Defendant is hereby Ordered To Show Cause why an order should not be issued pursuant to Fed. R. Civ. P. 55 instructing Plaintiff to seek default judgment against Defendant for failure to defend this action. This Order To Show Cause may be satisfied by filing a written response to the complaint by **December 27, 2024** along with a declaration explaining why Defendant did not timely respond to the complaint. Plaintiff is directed to serve by **December 13, 2024,** a copy of this Order To Show Cause to Defendant. Service shall be made by registered mail and by any email addresses used by Defendant and known to Plaintiff at their principal place of business, identified in the complaint as 43 W. 33rd, New York, N.Y., 10000 (ECF 1). Plaintiff is directed to file confirmation of such mailings on the docket by **December 13, 2024**.

Defendant is warned that failure to respond to this Order To Show Cause may result in an order instructing Plaintiff to seek a default judgment against Defendant for failure to defend this action.

DATED: December 11, 2024
New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge