**Joseph & Norinsberg LLC**
Fighting for Employee Justice

| | | |
|---|---|---|
| **Queens Office** | **Manhattan Office** | **Newark Office** |
| 69-06 Grand Avenue, 3rd Floor | 110 East 59th Street, Suite 2300 | One Gateway Center, Suite 2600 |
| Maspeth, New York 11378 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1515 Market Street, Suite 1200 | 225 Franklin Street, 26th Floor | 300 N. New York Ave, Suite 832 |
| Philadelphia, Pennsylvania 19102 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

December 12, 2024

**VIA ECF**
Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 9B
New York, N.Y. 10007

      Re:   Saunders v. Inhale Cannabis Co., Inc.
             Case No. 1:24-cv-05766 (DEH) (RFT)
             **Confirmation of Mailing**

Dear Judge Tarnofsky:

      We represent Plaintiff, Michael Saunders, in the above-referenced ADA action. We write now in response to the Court's Order, dated December 11, 2024, requiring Plaintiff to show proof that our office has served a copy of the Order to Show Cause on Defendant by registered mail and by any email addresses used by Defendant. (Dkt. 10). Pursuant to the Court's Order, please find attached proof that Plaintiff has duly served said Order to Show Cause on December 12, 2024, via Letterstream, Certified Mail, Return Receipt Requested. (Exhibit A.) We have also attempted to contact Defendant via email at info@inhalecannabisclubs.com, but we have not yet received a response to this correspondence. **(**Exhibit B). We are hopeful that the attached documents provide the Court with sufficient information regarding proof of service.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

_____
Jon L. Norinsberg, Esq.
Bennitta L. Joseph, Esq.
*Attorneys For Plaintiff*
110 East 59th Street,
Suite 2300
N.Y., N.Y. 10022
(212) 227-5700
Fax No. (212) 656-1889
jon@norinsberglaw.com
bennitta@employeejustice.com

cc:
Inhale Cannabis Co., Inc.
43 W. 33rd
New York, N.Y., 10000