# EXHIBIT A

**From:**     LetterStream.com
**To:**       Thomas Chung
**Subject:**  Order Confirmation - ADA 12122024
**Date:**     Thursday, December 12, 2024 2:18:23 PM



# ORDER CONFIRMATION - ADA 12122024

Thank you for using LetterStream! This mailing has entered our production queue, we'll begin to work on it shortly.

**Job Name:** ADA 12122024

**Job ID:** 10754745

**Mailing Method:** First-Class Certified Mail

**Recipients:** 1

What's Next?

Your important documents are in the hands of our printing and mailing experts, so all you need to do is sit back and relax!

This mailing has been locked and can no longer be modified, so if you believe this mailing needs to be cancelled you might still be able to stop it from being mailed. Click here to learn more about cancelling approved jobs. Fees may apply.

You can check the status of your job anytime within your LetterStream account. Click here to learn more about job statuses.

We will send you another email once we've completed our side of the process and have handed your mail over for delivery.

Once again, thank you for your order!

Your LetterStream Support Team

lsoc email v1.1



# MY ACCOUNT - CREDIT CARD RECEIPT

## Your Payment Information Was Successfully Submitted!

Job # (10754745) has been charged to your account and released into production.

The total charge to your account was $10.68

Please print this page for your records.
Thank you for your payment!

---

### RECEIPT

**LetterStream, Inc.**
**8551 East Anderson Dr**
**Suite 108**
**Scottsdale, AZ 85255-5451**
**480-473-3282**

12/12/2024 12:18:18 MST
--- S A L E ---

Merchant ID
Batch ID
Tran ID                          7293260
Acct #                                 *
Auth Code
Ref #

**Total:**                      **$0.00**

---

Go To My Account

Go To My Jobs