UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br><br>  -against-<br><br>INHALE CANNABIS CO. INC.,<br><br>               Defendant. | 24-CV-05766 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On January 22, 2025, I issued an Order to Show Cause why an order should not be issued pursuant to Fed. R. Civ. P. 55 instructing Plaintiff to seek default judgment against Defendant for failure to defend this action. (ECF 17.) I directed Plaintiff to serve that order on Defendant no later than January 24, 2025, and to file proof on the docket of such service on the same date. (*See id.*)

      Plaintiff has not filed proof of service on the docket, and so I am extending nunc pro tunc the deadline for Plaintiff to do so until **tomorrow, January 31, 2025**.

DATED: January 30, 2025
         New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge