UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Saunders,<br><br>    Plaintiff,<br><br>-against-<br><br>Inhale Cannabis Co Inc.,<br><br>    Defendant. | 24cv05766 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On January 30, 2025, Plaintiff filed a letter on the docket (ECF 19) stating that due to its inability to serve Defendant, Plaintiff intended to discontinue this action. If that is still Plaintiff's intent, he shall do so by **February 14, 2025.**

DATED: February 10, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge