UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SAUNDERS,

              Plaintiff,

-against-

INHALE CANNABIS CO INC.,

              Defendant.

24-CV-5766 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 22, 2025, I issued an Order to Show Cause, and I directed Plaintiff to serve that order on Defendant and to file proof of service on the docket by January 31, 2025. (*See* ECF 18.)

On January 30, 2025, Plaintiff filed a letter explaining their inability to serve that order on Defendant and their intention to discontinue this action. (*See* ECF 19.) On February 10, 2025, I ordered Plaintiff to discontinue this action by February 14, 2025, if that is still their intent. (*See* ECF 21.) To date, Plaintiff has not filed a letter responding to the Court's February 10 order.

This action is scheduled for a telephonic status conference on **February 21, 2025 at 1:30 PM**. Defendant and counsel for Plaintiff are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 772 530 012 #**.

DATED:  February 19, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge