# Joseph & Norinsberg LLC
## Fighting for Employee Justice

**Midtown Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, NY 10007

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Arjeta Albani, Esq.**
arjeta@employeejustice.com

February 19, 2025

**VIA ECF**
Hon. Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 9B
New York, N.Y. 10007-1312

Re:     *Saunders v. Inhale Cannabis Co, Inc.*
        *Case No. 1:24-cv-05766-JAV-RFT*

Dear Judge Tarnofsky:

We represent Plaintiff Michael Saunders ("Plaintiff") in the above-referenced Americans with Disabilities Act ("ADA") matter against Defendant Inhale Cannabis, Inc. ("Defendant").

We apologize to the Court for the failure in timely filing a Notice of Dismissal, however, it is still our intention to dismiss this matter and are filing said Notice to Dismissal today. As such, we believe the currently scheduled February 21, 2025 conference is unnecessary and should be canceled.

We apologize for any inconvenience this may cause and appreciate the Court's understanding and consideration in this matter.

Thank you for your consideration.

Sincerely,

Arjeta Albani, Esq.
Attorney for Plaintiff
110 East 59th Street, Suite 2300
New York, New York 10022
Tel: (212) 791-5396
Arjeta@employeejustice.com