UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SAUNDERS, on behalf of himself and all
others similarly situated,

　　　　　　　　Plaintiffs,

　　　　v.

INHALE CANNABIS CO INC,
Defendant.

1:24-cv-5766-JAV-RFT

**NOTICE OF DISMISSAL UNDER
RULE 41(a)(1)(A)(i), Fed.R.Civ.P.**

　　　　IT IS HEREBY AGREED that Plaintiff, Michael Saunders ("Plaintiff") by and through their undersigned counsel, under Rule 41(a)(1) (A) (i) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed without prejudice, costs or attorneys' fees.

Dated:  February 19, 2025

　　　　　　　　　　**JOSEPH & NORINSBERG, LLC**

By: _____
Arjeta Albani, Esq.
*Counsel for Plaintiff*
110 East 59th Street, Suite 2300
New York, New York 10022
Tel: (212) 227-5700
jon@norinsberglaw.com
bennitta@employeejustice.com
*Attorneys for Plaintiff*